**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Azikiwe Archie, Appellant.

Appellate Case No. 2011-187506

---

Appeal From Georgetown County
Steven H. John, Circuit Court Judge

---

Unpublished Opinion No. 2013-UP-075
Submitted February 1, 2013 – Filed February 20, 2013

---

**APPEAL DISMISSED**

---

Appellate Defender Breen Richard Stevens, of Columbia, and Azikiwe Archie, pro se, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.

---

**PER CURIAM:** Dismissed after consideration of appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, THOMAS, and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.